Hon. Thomas S. Zilly

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9   XDESIGN LLC,                          )
                                          )
10                      Plaintiff,        )   No.: 2:17-cv-01744-TSZ
                                          )
11  vs.                                   )   STIPULATED MOTION AND ORDER
                                          )   FOR WITHDRAWAL AND
12  MECCA11, LLC,                         )   SUBSTITUTION OF COUNSEL FOR
                                          )   PLAINTIFF, XDESIGN LLC
13                      Defendant.        )
                                          )
14  _____)
                                          )
15

16                          STIPULATION

17          Pursuant to LCR 83.2(b), the parties to this action, by and through their

18  undersigned counsel of record, hereby stipulate to the withdrawal and substitution of

19  counsel for Plaintiff, XDesign LLC.  Effective upon entry of the subjoined Order,

20  Beresford Booth PLLC and Jonathan P. McQuade will be deemed to have withdrawn

21  and Mundt MacGregor L.L.P. and J. David Stahl shall be substituted as counsel of

22  record for Plaintiff.

23          Upon entry of the subjoined Order, all future pleadings and papers

24  directed to Plaintiff, XDesign LLC, shall be served on Mundt MacGregor L.L.P. and J.

25  David Stahl as substitute counsel at the following address:

26

STIPULATED MOTION AND ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR PLAINTIFF, XDESIGN LLC - 1

J. David Stahl
Mundt MacGregor L.L.P.
271 Wyatt Way NE, Suite 106
Bainbridge Island, Washington 98110
Telephone: (206) 624-5950
Fax: (206) 624-5469
Email: jdstahl@mundtmac.com

DATED this 10th day of April, 2018.

BERESFORD BOOTH PLLC      LAW OFFICE OF JAMES W. TALBOT

By: *s/Jonathan P. McQuade*      By: *s/James W. Talbot*
    Jonathan P. McQuade      James W. Talbot
     WSB No. 37214         WSB No. 22082
Withdrawing Attorneys for Plaintiff,    Attorneys for Defendant, Mecca11, LLC
Xdesign LLC

MUNDT MacGREGOR L.L.P.

By: *s/J. David Stahl*
    J. David Stahl
     WSB No. 14113
Substituting Attorneys for Plaintiff,
Xdesign LLC

<u>ORDER</u>

IT IS SO ORDERED.

DATED this 12th day of April, 2018.

Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR PLAINTIFF, XDESIGN LLC - 2