UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XDESIGN, LLC,

                Plaintiff,

  v.

MECCA11, LLC,

                Defendant.

C17-1744 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are DIRECTED to file, no later than Wednesday, April 24, 2019, amended disclosure statements pursuant to Local Civil Rule 7.1, disclosing, without limitation, (1) each of the LLC's members or owners, and (2) the citizenship of each of the members or owners so that the Court can determine whether complete diversity of citizenship existed at the time the complaint was filed. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "an LLC is a citizen of every state of which its owners/members are citizens").

(2) The trial date of June 10, 2019, and all related deadlines are hereby STRICKEN. The Court will promptly reset the trial date after it rules on the pending cross-motions for partial summary judgment, docket nos. 25 & 26.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of April, 2019.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1