UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XDESIGN, LLC,

                Plaintiff,

   v.

MECCA11, LLC,

                Defendant.

C17-1744 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has reviewed the supplemental corporate disclosure statements submitted by the parties, (docket nos. 37 & 38), submitted in response to the Court's April 19, 2019 Minute Order, (docket no. 36). Defendant Mecca11, LLC's supplemental disclosure identifies several individual residents of Utah and Panga LLC. The supplemental disclosure does not identify the members or owners of Panga LLC.

(2) Defendant is DIRECTED to file, no later than Friday, May 3, 2019, a second supplemental disclosure statement pursuant to Local Civil Rule 7.1, disclosing, without limitation, (1) each of Panga LLC's members or owners, and (2) the citizenship of each of the members or owners so that the Court can determine whether complete diversity of citizenship existed at the time the complaint was filed. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "an LLC is a citizen of every state of which its owners/members are citizens"). If any of Panga LLC's members or owners is an LLC or partnership, Defendant must also disclose the members, owners, and/or partners of each of those entities so that the Court can determine Panga LLC's citizenship.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of April, 2019.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2