UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XDESIGN, LLC, a Washington limited liability company,<br><br>               Plaintiff,<br><br>    v.<br><br>MECCA11, LLC, a Utah limited liability company,<br><br>               Defendant. | C17-1744 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Court SETS oral argument on defendant Mecca11's motion for partial summary judgment, docket no. 25, and plaintiff XDesign's cross-motion for partial summary judgment, docket no. 26, for Friday, June 14, 2019, at 9:00 a.m.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of June, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk