Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XDESIGN LLC, | )<br>) |
| Plaintiff, | ) No.: 2:17-cv-01744-TSZ<br>) |
| vs. | ) STIPULATED JOINT MOTION AND<br>) ORDER AMENDING PRETRIAL ORDER |
| MECCA11, LLC, | ) LODGING DATE AND RELATED<br>) DEADLINES |
| Defendant. | )<br>) |

## STIPULATION AND JOINT MOTION

Plaintiff, XDesign LLC, d/b/a "Paxis," and Defendant, Mecca11, LLC, by and through their undersigned counsel of record, hereby jointly move for and stipulate to entry of the subjoined Order amending the Pretrial Order Lodging date and related deadlines in this matter.

By Minute Order dated June 25, 2019 (Dkt. 43), the Court re-set the trial date for this matter to September 9, 2019 and ordered the parties to complete mediation by August 2, 2019. By virtue of the September 9 trial date and the requirements of LCR 16(e), (h) and (i), the parties currently must lodge the proposed Pretrial Order by August 12 (30 days prior to trial), which in turn requires that Plaintiff serve its Pretrial

STIPULATED JOINT MOTION AND ORDER
AMENDING PTO LODGING DATE AND RELATED
DEADLINES - 1

MUNDT MACGREGOR L.L.P.
ATTORNEYS AT LAW
271 Wyatt Way NE, Ste. 106, Bainbridge Is., WA 98110
Telephone (206) 624-5950

Statement by July 11 (30 days prior to the PTO lodging date) and that Defendant serve its Pretrial Statement on July 22 (20 days prior to the PTO lodging date).

The parties jointly propose to amend these deadlines as follows:

**Pretrial Order Lodging Date:**     **August 30, 2019**

**Plaintiff's Pretrial Statement Served:**     **August 9, 2019**

**Defendant's Pretrial Statement Served: August 19, 2019**

The extension of these deadlines will allow the parties to defer the significant work and legal expense of PTO preparation until *after* the August 2, 2019 mediation deadline. If the case is not resolved by the August 2 mediation deadline, the parties will have sufficient time in August to exchange their Pretrial Statements and complete the proposed PTO by August 30—three days prior to the September 4, 2019 pretrial conference set by the Court in its June 25 Minute Order.

DATED this 9th day of July, 2019.

| MUNDT MacGREGOR L.L.P. | LAW OFFICES OF JAMES W. TALBOT |
|---|---|
| By: */s/ J. David Stahl* <br>     J. David Stahl <br>      WSB No. 14113 <br> Attorneys for Plaintiff, <br> XDesign LLC, d/b/a "Paxis" | By:*/s/ James W. Talbot* <br>     James W. Talbot <br>      WSB No. 22082 <br> Attorneys for Defendant, <br> Mecca11, LLC |

STIPULATED JOINT MOTION AND ORDER
AMENDING PTO LODGING DATE AND RELATED
DEADLINES - 2

**MUNDT MACGREGOR L.L.P.**
ATTORNEYS AT LAW
271 Wyatt Way NE, Ste. 106, Bainbridge Is., WA 98110
Telephone (206) 624-5950

ORDER

PURSUANT TO the foregoing stipulated motion of the parties, IT IS HEREBY ORDERED that the Pretrial Order Lodging date and related deadlines in this matter are amended as follows:

**Pretrial Order Lodging Date:** August 30, 2019
**Plaintiff's Pretrial Statement Served:** August 9, 2019
**Defendant's Pretrial Statement Served:** August 19, 2019

All other previously-established dates and deadlines in this matter remain in effect.

DATED this 10th day of July, 2019.

_____
Thomas S. Zilly
United States District Judge

Presented by:

MUNDT MacGREGOR L.L.P.

By /s/ J. David Stahl
　J. David Stahl
　　WSB No. 14413
Attorneys for Plaintiff,
XDesign LLC, d/b/a "Paxis"

Stipulated to, entry approved,
and notice of presentation waived:

LAW OFFICES OF JAMES W. TALBOT

By: /s/ James W. Talbot
　James W. Talbot
　　WSB No. 22082
Attorney for Defendant,
Mecca11, LLC

STIPULATED JOINT MOTION AND ORDER
AMENDING PTO LODGING DATE AND RELATED
DEADLINES - 3

MUNDT MACGREGOR L.L.P.
ATTORNEYS AT LAW
271 Wyatt Way NE, Ste. 106, Bainbridge Is., WA 98110
Telephone (206) 624-5950