# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

XDESIGN LLC, a Washington limited liability company,

    Plaintiff,

v.

MECCA11, LLC, a Utah limited liability company,

    Defendant.

No.: 2:17-cv-01744-TSZ

STIPULATION AND ORDER

## STIPULATION

Plaintiff, XDesign LLC, d/b/a "Paxis," and Defendant, Mecca11, LLC, by and through their undersigned counsel, hereby stipulate to entry of the subjoined Order dismissing this action with prejudice and without award of costs or attorneys' fees to either party, subject to re-opening pursuant to the terms of the parties' Settlement Agreement and Release dated as of August 30, 2019.

DATED this 3rd day of September, 2019.

| MUNDT MacGREGOR L.L.P. | LAW OFFICES OF JAMES W. TALBOT |
|---|---|
| By: /s/ J. David Stahl<br>   J. David Stahl<br>    WSB No. 14113<br>Attorneys for Plaintiff, XDesign LLC, d/b/a "Paxis" | By: /s/ James W. Talbot<br>   James W. Talbot<br>    WSB No. 22082<br>Attorney for Defendant, Mecca11, LLC |

STIPULATION AND ORDER - 1

ORDER

PURSUANT TO the foregoing Stipulation of the parties, docket no. 46, IT IS HEREBY ORDERED that this action be and is DISMISSED WITH PREJUDICE and without award of costs or attorneys' fees to either party, but subject to re-opening pursuant to the terms of the parties' Settlement Agreement and Release dated as of August 30, 2019, provided that any motion to reopen shall be filed within 30 days of the date of this Order.

DATED this 3rd day of September, 2019.

_____
Thomas S. Zilly
United States District Judge

Presented by:

MUNDT MacGREGOR L.L.P.

By: */s/ J. David Stahl*
    J. David Stahl
     WSB No. 14113
Attorneys for Plaintiff, XDesign LLC,
d/b/a "Paxis"

Entry approved; Notice of
Presentation waived:

LAW OFFICES OF JAMES W. TALBOT

By: */s/ James W. Talbot*
    James W. Talbot
     WSB No. 22082
Attorney for Defendant, Mecca11, LLC

U:\JDST\Pleadings\Stipulated Dismissal-4285-001A.docx

STIPULATION AND ORDER - 2