UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XDESIGN LLC,

        Plaintiff,

  v.

MECCA11, LLC,

        Defendant.

C17-1744 TSZ

ORDER

By Stipulation and Order entered September 3, 2019, docket no. 47, this matter was dismissed with prejudice and without costs pursuant to a Settlement Agreement and Release entered into by the parties on August 30, 2019, a copy of which was not provided to the Court in connection with the parties' stipulation of dismissal. The parties having subsequently provided a copy of the Settlement Agreement and Release for the Court's in camera review, the Court hereby AMENDS its earlier order of dismissal, docket no. 47, as follows:

This action is DISMISSED with prejudice and without costs, provided that plaintiff may, if appropriate, file an executed stipulation for entry of judgment and a proposed form of judgment on or before August 31, 2021. No motion to reopen this

ORDER - 1

matter for any purpose other than the filing of such stipulation and proposed form of judgment will be considered.

IT IS SO ORDERED.

Dated this 6th day of September, 2019.

Thomas S. Zilly
United States District Judge

ORDER - 2